IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**GARY B. WILLIAMS,**

    Petitioner,

v.                                                                       Civil Action No. **3:23CV536 (RCY)**

**UNKNOWN,**

    Respondent.

## MEMORANDUM OPINION

On August 17, 2023, the Court received a Petition for Writ of Mandamus ("Petition," ECF No. 1) from Gary B. Williams, on receipt of which the Clerk duly opened a new action. However, on the face of the pleading, it is clear that Williams intended to file the Petition in the United States Court of Appeals for the Fourth Circuit, as the Petition has that court identified in the header. Thus, it appears that Williams only intended to send a copy to this Court. Accordingly, the Clerk will be DIRECTED to terminate this action. To the extent that this submission was not a copy, Williams is placed on notice that he mailed his Petition to the wrong court.

An appropriate Order shall issue.

                                                                     /s/
                                           Roderick C. Young
Date: August 31, 2023                     United States District Judge
Richmond, Virginia